# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV13-04607 JAK (FFMx) | Date | September 23, 2013 |
|---|---|---|---|
| Title | Joshua Friedman, et al. v. Massage Envy Franchising, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:    (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On September 20, 2013, Plaintiff filed "Notice of Settlement." Dkt. 63. The Court sets an Order to Show Cause re Dismissal for November 25, 2013 at 1:30 p.m. If the parties file a dismissal by November 15, 2013, the matter will be taken off calendar and no appearance by counsel will be required. If a dismissal is not filed, counsel shall file a joint report by November 15, 2013, which shall address the status of the dismissal and whether the matter can be dismissed with the Court to retain jurisdiction to enforce the terms of settlement.

Defendant M6 Marketing, Inc.'s Motion to Dismiss, Or in the Alternative, Motion to Change Venue (Dkt. 44), Defendants' Massage Envy Parties' Limited Joinder to Defendant M6 Marketing, Inc.'s Motion to Dismiss First Amended Complaint (Dkt. 53 / 54), and the Scheduling Conference are vacated.

**IT IS SO ORDERED.**

_____   :   _____

Initials of Preparer   ak